AUGUST A. CARMINATI, JR., and MARCELLA B. CARMINATI, Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 24227.) — Judgment affirmed, with costs. Memorandum: The question whether the traffic signal standard erected at the center of the intersection was or was not dangerous presented a question of fact (*Koehler* v. *City of New York*, 262 N. Y. 74), and under all the circumstances we cannot say that the decision is against the weight of the evidence. All concur. (The judgment dismisses a claim against the State for damages for personal injuries resulting from an automobile collision.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

FLORENCE E. BOOKHOUT, as Administratrix, etc., of LESTER J. BOOKHOUT, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 24228.) — Same decision and like cause of action as in companion case last above. All concur. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

WILLIAM F. RYAN and AGNES RYAN, Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 24230.) — Same decision and like cause of action as in companion case last above. Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

ALVAH F. STAHL, Respondent, v. ROCHESTER HOMES, INC., Defendant, and SAMUEL J. DREXLER, Appellant.— Judgment affirmed, with costs. Memorandum: Upon our examination of the record we conclude that the evidence amply supports the findings which were made by the trial court and that no prejudicial errors, in respect to the admission and rejection of evidence, were committed upon the trial. All concur. (The judgment is for plaintiff in a mortgage foreclosure action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

EDWARD T. HUNT, ANNA B. HUNT and CATHERINE MURRAY, Respondents, v. HOWARD KELLOGG and ELTON O. BUMP, Appellants.— Judgment as to Anna B. Hunt reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff Anna B. Hunt shall, within ten days, stipulate to reduce the verdict to the sum of $2,500, as of the date of the rendition thereof, in which event the judgment as to Anna B. Hunt is modified accordingly, and, as so modified, is affirmed; judgment as to Catherine Murray reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff Catherine Murray shall, within ten days, stipulate to reduce the verdict to the sum of $2,500, as of the date of the rendition thereof, in which event the judgment as to Catherine Murray is modified accordingly, and, as so modified, is affirmed, without costs of this appeal to any party. All concur. (The judgment is for plaintiffs in an automobile negligence action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.